UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 2:13-cr-162-FtM-38DNF

MARTIN GABRIEL-CAZUELA

### ORDER

This matter comes before the Court on Motion to Advance Sentencing (Doc. #25) filed on April 16, 2014.  Defense Counsel moves the Court for permission to advance the sentencing date to the week of April 28, 2014.  As grounds, Counsel indicates that based upon the pre-sentence report authored by Probation Officer Erin Kandik, the Defendant scores at an offense level of 6, Criminal History I, for a sentencing range of 0-6 months.  The Defendant has been incarcerated since December 20, 2013 and does not object to the Probation Officer's assessment.   Probation does not object to rescheduling the hearing.  The Court, having considered the motion, finds sufficient cause and will expedite the sentencing as outlined below.

Accordingly, it is now **ORDERED:**

The Motion to Advanced Sentencing (Doc. 25) is **GRANTED**.  The Court will reschedule the Sentencing hearing to **April 28, 2014 at 3:15 P.M.**  The Clerk is directed to issue a notice of hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this April 17, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record